UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 1 6 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Matthew Mendez Lugardo

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart

16-cv-8145
Judge Edmond E. Chang
Magistrate Judge Sidney I. Schenkier
PC6

(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I.  Plaintiff(s):
   A. Name: Matthew Lugardo
   B. List all aliases: _____
   C. Prisoner identification number: 2014 0616236
   D. Place of present confinement: Cook County Department of Corrections
   E. Address: 2600 S. California, Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Cook County Sheriff
      Place of Employment: Cook County Department of Corrections

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 16-zv-2274

B. Approximate date of filing lawsuit: January 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Mathew Lugardo

D. List all defendants: ~~illegible~~ Tom Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Federal Northeastern District

F. Name of judge to whom case was assigned: Judge Edmond Chang.

G. Basic claim made: Medical Malpractice

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed.

I. Approximate date of disposition: July 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. August 14, 2014 I was prescribed multiple psychiatric medicines. I suffered a seizure from the medicine. When I had the seizure, I fell down and hit my head on the concrete floor. I suffered brain trauma and broke all the bones in my right ear. I was hospitalized for one week and was bed confined for three weeks. I have lost my sense of smell as a result from the brain trauma.

②. I was denied follow-up medical treatment to Mt. Sinai after the injury happened. The hospital was still treating my wounds after I was released and the CCDOC denied me treatment for my injuries.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for pain, loss, suffering and injuries in the amount of $26 million dollars US.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16 day of August, 2016

_____
(Signature of plaintiff or plaintiffs)

Matthew Mendez Legardo
(Print name)

20140616236
(I.D. Number)

PO BOX 089002
Chicago IL 60608
(Address)

Mathew Lugalabo
2014061236
PO BOX 089002
Chicago, IL 60608



RECEIVED
AUG 16 2016 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-8145
Judge Edmond E. Chang
Magistrate Judge Sidney I. Schenkier
PC6

Prisoner Correspondent
U.S. District Court
219 S. Dearborn St.
Chicago IL 60604